IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| **LEONARD J. STEVENSON,** | ) | C 00-21000 JW (PR) |
| | ) | |
| Petitioner | ) | |
| v. | ) | ~~[PROPOSED]~~ **ORDER GRANTING** |
| | ) | **ENLARGEMENT OF TIME** |
| **MARK SHEPHERD, Warden and** | ) | |
| **CALIFORNIA DEPARTMENT OF** | ) | |
| **CORRECTIONS AND** | ) | |
| **REHABILITATION** | ) | |
| Respondents | ) | |
| | ) | |
| | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that petitioner's application for a 90-day enlargement of time, to and including December 01, 2006, in which to file a traverse to respondent's response to the petition for writ of habeas corpus is GRANTED. All other time periods remain as stated in the Order to Show Cause.

Dated: August 10, 2006

*/s/ James Ware*
The Honorable James Ware

[Proposed] Order Granting Enlargement of Time

Stevenson v. Shepherd, et al.
Case No. C 00-21000 JW