IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Leonard J. Stevenson, | NO. C 00-21000 JW |
|     Petitioner, | **JUDGMENT** |
|   v. | |
| Cherlyl Pliler, et al., | |
|     Respondents. | |

Pursuant to the Court's January 4, 2010 Order Denying Petition for Writ of Habeas Corpus, judgment is entered in favor of Respondents Mark Shepherd, Warden, California Department of Corrections and Rehabilitation, and Cherlyl Pliler, Warden, against Petitioner Leonard J. Stevenson.

The Clerk shall close this file.

Dated: January 4, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Johanna Danielle Hoffmann, johannahoffmann@sbcglobal.net
Peggy S. Ruffra, peggy.ruffra@doj.ca.gov
Ronald B. Bass, basslaw2000@yahoo.com
Seth K. Schalit, seth.schalit@doj.ca.gov

**Dated: January 4, 2010**  **Richard W. Wieking, Clerk**
 **By:      /s/ JW Chambers**
  **Elizabeth Garcia**
  **Courtroom Deputy**